

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 JUN 16 PM 2: 15

STEPHAN HARRIS, CLERK
CHEYENNE
Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Wyoming |
|---|---|

| Name (under which you were convicted): John Michael Morgan | Docket or Case No.: 10-CR-329 |
|---|---|

| Place of Confinement: Yankton Federal Prison Camp | Prisoner No.: 11824-091 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| v. | John Michael Morgan |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _Wyoming Federal court in Cheyenne, Wyoming_

   (b) Criminal docket or case number (if you know): _10-CR-329_

2. (a) Date of the judgment of conviction (if you know): _February 7th, 2012_

   (b) Date of sentencing: _February 6th, 2012_

3. Length of sentence: _120 months_

4. Nature of crime (all counts): _Conspiracy to Distribute 500 grams or More of Mixture of Methamphetamine and 924(c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime [two counts], Possession of Methamphetamine, and Conspiracy to Launder Money_

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _N/A_

(c) If you entered a guilty plea pursuant to a plea bargain, state the terms and conditions of the agreement. _Plead_
_guilty to 500 gram conspiracy and one count of 924(c) firearm charge and_
_provide substantial assistance to the government and get the second 924(c)_
_dropped along with the possession and money laundering_ _____
_____
_____
_____

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury ☐        Judge only ☐

7.  Did you testify at a pretrial hearing, <u>trial</u>, or post-trial hearing?   Yes ☒      No ☐

8.  Did you appeal from the judgment of conviction?    Yes ☐      No ☒

    (a) If you did not appeal, explain briefly why you did not: _was sentenced according to plea agreement_

9.  If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐   No ☐
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____
        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

Page 4

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?                    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: _____

           (2) Docket or case number (if you know): _____

           (3) Date of filing (if you know): _____

           (4) Nature of the proceeding: _____

           (5) Grounds raised: _____

           (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
                                                          Yes ☐   No ☐

           (7) Result: _____

           (8) Date of result (if you know): _____

    (b)  If you filed any second motion, petition, or application, give the same information:

           (1) Name of court: _____

           (2) Docket or case number (if you know): _____

           (3) Date of filing (if you know): _____

           (4) Nature of the proceeding: _____

           (5) Grounds raised: _____

           (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
                                                          Yes ☐   No ☐

           (7) Result: _____

           (8) Date of result (if you know): _____

    (c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

           (1)  First petition:     Yes ☐   No ☐

           (2)  Second petition:  Yes ☐   No ☐

    (d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

           _____

           _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

**GROUND ONE:** 924(c) is being ran ~~consective~~ consecutive to drug charge

(a) Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal citations in a separate supporting memorandum): I am serving 60 months for my drug conspiracy and an additional 60 months for the consecutive possession of a firearm in furthivance of that conspiracy (a firearm that was possessed, never used). From my under- standing it is now the discretion of the judge that determines if the charge is ran concurrent or consecutive. Now that the law has changed I would like to have my sentence reviewed.

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: At the time of sentencing, it was mandatory the the 924(c) be ran consecutively to the drug charge

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?    Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND TWO:** _____

_____

(a) Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal citations in a separate supporting memorandum): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?     Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?     Yes ☐   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?     Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?     Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?     Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

**GROUND THREE:** _____
_____

(a) Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal citations in a separate supporting memorandum): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) Direct Appeal of Ground Three:

    (1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐   No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?    Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Briefly summarize your claim. You may provide additional argument and legal citations in a separate supporting memorandum): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?    Yes ☐  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    _____

    _____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?    Yes ☐  No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?    Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?    Yes ☐  No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?    Yes ☐  No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

    _____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

_____

(b) At arraignment and plea: _Nick Beduhn_____

_____

(c) At trial: _Nick Beduhn_____

_____

_____

(d) At sentencing: _Nick Beduhn_____

_____

(e) On appeal: _N/A_____

_____

(f) In any post-conviction proceeding: _N/A_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _N/A_____

_____

Page 10

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
    Yes ☐ No ☒

    (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:  _____
    _____
    _____

    (b) Give the date the other sentence was imposed: _____
    _____
    _____

    (c) Give the length of the other sentence: _____
    _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☐

Please go to Question 18

18. TIMELINESS OF MOTION:  If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _Until recently a 924(c) conviction required a mandatory sentence of 5 consecutive years in addition to the underlying charge. Recently the mandatory stipulation of the sentence running consecutive was changed and the 924(c) now has the potential to be ran concurrent with other charges._

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 12

Therefore, movant asks that the Court grant the following relief: *60 months for 924(c) be ran concurrent with underlying Conspiracy to Distribute Methamphetamine*

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the institutional mailing system or deposited with prison officials on _____ (month, day, year). I attest that first-class postage has been prepaid.

Executed (signed) on _____ (date).

*John M. Magan*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
_____
_____
_____

John M
Federal Prison Camp
P.O. Box 700
Yankton, SD 57078

Office of the Clerk of Court
United States District Court of Wyoming
2120 Capital Avenue, Room 2131
Cheyenne, WY 82001



7015 0640 0001 4759 4182

CERTIFIED MAIL®





U.S. POSTAGE
PAID
MILLS, WY
82644
JUN 13, 16
AMOUNT
$5.08
R2304W120055-05